1   ERIN M. BOSMAN (BAR NO. 204987)
    EBosman@mofo.com
2   JULIE Y. PARK (BAR NO. 259929)
    JuliePark@mofo.com
3   MORRISON & FOERSTER LLP
    12531 High Bluff Drive
4   San Diego, California  92130-2040
    Telephone:  858.720.5100
5   Facsimile:   858.720.5125

6   Attorneys for Defendant
    MCKESSON CORPORATION
7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10                             FRESNO DIVISION

11  JUDY JOHNSON,                          Case No. 1:17-cv-00196-DAD-SAB

12                Plaintiff,               **STIPULATION AND ORDER
                                           EXTENDING TIME FOR
13        v.                               DEFENDANT MCKESSON
                                           CORPORATION TO RESPOND TO
14  SANOFI S.A., AVENTIS PHARMA S.A.,      THE COMPLAINT**
    SANOFI-AVENTIS U.S. LLC, and
15  MCKESSON CORPORATION,

16                Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

1   Pursuant to Civil Local Rule 144, Plaintiff Judy Johnson and Defendant McKesson
2  Corporation, through their undersigned counsel, hereby stipulate, subject to the Court's approval,
3  as follows:

4   WHEREAS, Plaintiff filed the Complaint in this case in the Superior Court of California,
5  Fresno County, on November 17, 2016;

6   WHEREAS, McKesson was served with the Complaint on November 21, 2016;

7   WHEREAS, Defendant Sanofi Sanofi-Aventis U.S. LLC removed this action to this Court
8  on February 10, 2017;

9   WHEREAS, McKesson's deadline to respond to the Complaint, pursuant to Federal Rule
10  of Civil Procedure 6 and 81(c), is February 17, 2017;

11   WHEREAS, Plaintiff intends to file a Motion to Remand this action to state court;

12   WHEREAS, Plaintiff and McKesson agree that extending McKesson's deadline until the
13  jurisdictional issue is resolved will conserve the parties' and judicial resources;

14   WHEREAS, pursuant to Local Rule 144(a), parties may agree to an extension of time,
15  provided the stipulation is approved by the Court if the extension of time is greater than 28 days;

16   WHEREAS, the extension proposed herein will not alter the date of any event or deadline
17  already fixed by Court order; and

18   WHEREAS, no previous extensions of time have been obtained with respect to this
19  matter.

20   NOW, THEREFORE, in the interest of judicial economy and good cause showing, the
21  parties, by and through their undersigned counsel of record, hereby agree and stipulate, and the
22  Court hereby orders, as follows:

23

24

25

26

27

28

1

1    McKesson shall have until 14 days after the Court issues an order on Plaintiff's

2  forthcoming Motion to Remand to respond to the Complaint.

Dated:  February 23, 2017              MORRISON & FOERSTER LLP


                                       By:  /s/ Erin M. Bosman
                                            Erin M. Bosman

                                       Attorneys for Defendant
                                       MCKESSON CORPORATION

Dated:  February 23, 2017              GIBBS LAW GROUP


                                       By:   /s/ Karen Barth Menzies
                                             Karen Barth Menzies

                                       Attorneys for Plaintiff
                                       JUDY JOHNSON

1

2                          **ECF ATTESTATION**

3          I, Erin M. Bosman, am the ECF User whose ID and Password are being used to file this

4   document.  I attest that concurrence in the filing of this document has been obtained from the

5   signatory.

6

7   Dated:  February 23, 2017              MORRISON & FOERSTER LLP

8

9                                         By:   /s/ Erin M. Bosman
                                                 Erin M. Bosman

10

11

12

13  IT IS SO ORDERED.

14  Dated:   **February 23, 2017**

15                                        UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28