# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SANOFI S.A., et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-00196-DAD-SAB<br><br>ORDER DIRECTING PARTIES TO NOTIFY THE COURT IF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION VACATES THE CONDITIONAL TRANSFER ORDER |

On February 15, 2017, the Judicial Panel on Multidistrict Litigation ("JPML") issued a conditional transfer order for this action to be transferred to multi-district litigation ("MDL"). On April 10, 2017, United States District Judge Dale A. Drozd granted Defendants' motion to stay this action and deferred Plaintiff's motion to remand pending the determination of whether this action will be transferred to MDL 2740.

Accordingly, IT IS HEREBY ORDERED that the parties shall notify the Court if the JPML vacates the conditional transfer order in this action within 5 days of such order.

IT IS SO ORDERED.

Dated: __**April 14, 2017**__　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1